### SALE OF CORPORATE STOCK BY AN ADMINISTRATOR.

Circuit Court of Hamilton County.

WALLACE BURCH V. THE CINCINNATI TRUST COMPANY AND THE CINCINNATI GAS & ELECTRIC COMPANY.*

Decided, November 11, 1911.

*Estate of Decedents—Private Sale of Stock Certificates—Failure to Conform in All Respects with the Statute—Section 10704.*

Omission by the probate court to fix the lowest price at which corporate stock belonging to the estate of a decedent may be sold at private sale, does not invalidate a sale made in all other respects in conformity with the statute, without collusion or fraud and at the market price.

*Robert B. Burch,* for plaintiff in error.
*Louis A. Ireton,* contra.

---

* Affirming *Burch* v. *Cincinnati Trust Co.*, 12 N.P.(N.S.), —.

JONES, J.; SMITH, P. J., and SWING, J., concur.

The order of the probate court, in that it does not fix a sum below which the shares of stock could not be sold at private sale, is defective and not in compliance with Section 10704, General Code.

Such defect however, does not impair the title to the stock in the plaintiff where it appears that the proceedings in all other respects conformed to the statutes and that the sale was made in good faith, at the market value, and in the absence of fraud or collusion.

The petition states a cause of action and the demurrer must be overruled. *Sutherland* v. *Brush*, 11 Am. Dec., 282 (notes); *Edney* v. *Baum*, 97 N. W. Rep., 252 255; *Rockel's Probate Practice*, Vol. 1, p. 420; *Jelke* v. *Goldsmith, Administrator*, 52 O. S., 499.